**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHERYL C. BRADLEY, *et al.*, for themselves and on behalf of all persons similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> VOX MEDIA, INC., d/b/a SB NATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) Case No. 1:17-cv-01791 (CRC) ) ) ) ) ) |
| TAMRYN SPRUILL, *et al.*, for themselves and on behalf of all persons similarly situated <br><br> Plaintiff, <br><br> v. <br><br> VOX MEDIA, INC., d/b/a SB NATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) Case No. 1:19-cv-00160 (CRC) ) ) ) ) ) |
| PATRICK REDDINGTON for himself and on behalf of all persons similarly situated <br><br> Plaintiff, <br><br> v. <br><br> VOX MEDIA, INC., d/b/a SB NATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) Case No. 1:20-cv-01793 (CRC) ) ) ) ) ) |

## ORDER

**AND NOW**, this seventh day of January, 2021, upon consideration of Plaintiffs' Omnibus Unopposed Motion for Final Approval of Class Action Settlement, in the three related cases, *Bradley, et al. v. Vox Media, Inc.*, No. 17-1791 (the "*Bradley* Action"), *Spruill, et al. v. Vox Media, Inc.*, No. 19-160 (the "*Spruill* Action") and *Reddington v. Vox Media, Inc.*, No. 20-1793 (the "*Reddington* Action"), it is hereby **ORDERED** that Plaintiffs' Unopposed Motion is **GRANTED** as follows:

1. The Parties' Settlement Agreement is finally approved as fair, reasonable and adequate under the standards set forth in Fed. R. Civ. P. 23(e)(2) and the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* ("FLSA");

2. For purposes of settlement, the following Settlement Class is finally certified under the FLSA:

> All individuals who filed valid notices of consent to join the *Bradley* Action ("Opt-In Plaintiffs")—except for those individuals who later withdrew from this Action (the "FLSA Settlement Class")

3. For purposes of settlement, the following Settlement Classes are finally certified under Fed. R. Civ. P. 23(a), (b)(3) and (e)(2):

> All current and former paid contributors to Vox Media, who were classified as independent contractors and performed work in California for any SB Nation team site from September 21, 2014 through August 5, 2020 (the "California Settlement Class");

> All current and former paid contributors to Vox Media, who were classified as independent contractors and performed work in New Jersey for any SB Nation team site from March 31, 2014 through August 5, 2020 (the "New Jersey Settlement Class" and collectively with the California Settlement Class, "Rule 23 Settlement Classes");

4. Plaintiffs Cheryl C. Bradley, John M. Wakefield and Maija Liisa Varda are finally approved as representatives of the FLSA Settlement Class;

5. Plaintiffs Tamryn Spruill and Jacob Sundstrom are finally approved as representatives of the California Settlement Class;

6. Plaintiff Patrick Reddington is finally approved as representative of the New Jersey Settlement Class;

7. Finally approve service awards of $7,500 for each of Plaintiffs and service awards of $1,500 for each of Opt-In Plaintiffs who participated in depositions: Jacob Pavorsky, Mitchell Maurer, Charles "Doc" Harper, Stephen Schmidt, Brett Ballantini, and John Mitts;

8. Goldstein, Borgen, Dardarian & Ho ("GBDH") and Jennings Sigmond, P.C. ("JS") are finally approved as Class Counsel for the FLSA Settlement Class and the Rule 23 Settlement Classes;

9. Class Counsel's attorneys' fees in the amount of $1,333,333.33 and costs in the amount of $145,344.63 are finally approved;

10. RG2 Claims Administration is finally approved as Settlement Administrator;

11. The Settlement Administrator's costs of claims administration are finally approved, in an amount not to exceed Fifty Thousand Dollars ($50,000.00);

12. Washington Lawyers' Committee for Civil Rights and Urban Affairs and the Reporter's Committee for Freedom of the Press are finally approved as equal-share *cy pres* recipients;

13. This action is **DISMISSED WITH PREJUDICE**, subject to the Court to maintaining jurisdiction over enforcement of the settlement.

**SO ORDERED**.

                                                                      CHRISTOPHER R. COOPER
                                                                      United States District Judge

Date:  <u>January 7, 2021</u>